**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JOSÉ MIGUEL GONZÁLEZ CANDELARIA,**<br>Defendant. | **INDICTMENT**<br>CRIMINAL NO. 23-346 (MAJ)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 2422(b);<br>18 U.S.C. § 2251(a) and (e);<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 1470<br><br>**FOUR COUNTS &<br>FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Coercion and Enticement of a Minor**
(Title 18, <u>United States Code</u>, Section 2422(b))

From on or about October 22, 2018, to on or about November 6, 2018, in the District of Puerto Rico and within the jurisdiction of this court,

**JOSÉ MIGUEL GONZÁLEZ CANDELARIA,**

the defendant herein, used a facility of interstate and foreign commerce, that is, a cellular phone that was not manufactured in Puerto Rico, as well as internet instant messaging services, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of sixteen, that is, a fifteen year old female minor, to engage in sexual activity for which any person can be charged with a criminal offense, which includes the production of child pornography as defined in Title 18, <u>United States Code</u>, Section 2256(8), for which the defendant could be charged with an offense under the laws of the United States of America and Puerto Rico. All in violation of Title 18, <u>United States Code</u>, Section 2422(b).

Indictment José Miguel González Candelaria

## COUNT TWO
**Production of Child Pornography**
(Title 18, United States Code, Section 2251(a) and (e))

From on or about October 22, 2018, to on or about November 6, 2018, in the District of Puerto Rico and within the jurisdiction of this court,

### JOSÉ MIGUEL GONZÁLEZ CANDELARIA,

knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
**Receipt of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(2))

From on or about October 22, 2018, to on or about November 6, 2018, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

### JOSÉ MIGUEL GONZÁLEZ CANDELARIA,

did knowingly receive using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by cellular phone device, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT FOUR
### Transfer of Obscene Material to a Minor
(Title 18, United States Code, Section 1470)

From on or about October 22, 2018, to on or about November 6, 2018, in the District of Puerto Rico and within the jurisdiction of this court,

**JOSÉ MIGUEL GONZÁLEZ CANDELARIA,**

did use the internet, a facility and means of interstate or foreign commerce, to knowingly transfer obscene matter to an individual under the age of sixteen, that is, a fifteen-year-old female minor, knowing that such female individual had not attained the age of sixteen. All in violation of Title 18, United States Code, Section 1470.

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of the offense set forth above, **JOSÉ MIGUEL GONZÁLEZ CANDELARIA,** the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession, receipt, transportation, distribution, or production of child pornography. All pursuant to Title 18, United States Code, Section 2253.

W. STEPHEN MULDROW
United States Attorney

_____
Timothy Henwood
Chief, Criminal Division

_____
Jenifer Y. Hernández-Vega
Chief, Child Exploitation
and Immigration Unit

TRUE BILL,

_____
Foreperson
Date: 10-26-2023

_____
Emelina M. Agrait-Barreto
Assistant United States Attorney